IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Pointwise Ventures, LLC,          )<br>                                                 )<br>     Plaintiff,                            )<br>                                                 )<br>     v.                                      )<br>                                                 )<br>Inter IKEA Systems, B.V.,          )<br>                                                 )<br>     Defendant                           )<br>                                                 )<br>_____) | Civil Action No. 2:24-cv-188-JRG<br>(Lead Case) |

**[Proposed] Order Granting Defendant's Motion to Dismiss**

Before the Court is Defendant Inter IKEA Systems, B.V.'s ("Inter IKEA") Motion to Dismiss Plaintiff Pointwise Ventures LLC's ("Pointwise") Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) for failure to plausibly plead a claim for relief because: (i) Pointwise did not plausibly plead patent infringement; and (ii) the asserted patent claim is invalid under 35 U.S.C. § 101.  The Court, having considered the same, is of the opinion that Defendant's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Pointwise's Second Amended Complaint is hereby DISMISSED without prejudice for failure to state a claim for patent infringement and with prejudice for claiming ineligible subject matter under 35 U.S.C. § 101.